171 A.3d 1257

FAIRFAX FINANCIAL HOLDINGS LIMITED AND CRUM & FORSTER HOLDINGS CORP., PLAINTIFFS–PETITIONERS, v. S.A.C. CAPITAL MANAGEMENT, L.L.C., S.A.C. CAPITAL ADVISORS, L.L.C., S.A.C. CAPITAL ASSOCIATES, L.L.C., SIGMA CAPITAL MANAGEMENT, L.L.C., STEVEN A. COHEN, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT L.L.C., DANIEL S. LOEB, JEFFREY PERRY, JAMES S. CHANOS, AND KYNIKOS ASSOCIATES, L.P., DEFENDANTS–RESPONDENTS, AND INSTITUTIONAL CREDIT PARTNERS, L.L.C., ET AL., DEFENDANTS, AND

EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, L.L.C., EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, ANDREW HELLER, AND MORGAN KEEGAN & COMPANY, INC., DEFENDANTS-RE-SPONDENTS, AND SPYRO CONTOGOURIS, ET AL., DEFEN-DANTS.

C–204 Sept.Term 2017
079412

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000963–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.